NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA R. CAMP,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3008

---

Petition for review of the Merit Systems Protection Board in case no. SF0752120714-I-1.

---

## ON MOTION

---

## ORDER

Donna R. Camp moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DONNA CAMP v. DVA                                       2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24